UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LAWRENCE LEE REIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 4:14-cv-63-RLY- TAB |
| ) | |
| AMERICAN FAMILY MUTUAL ) | |
| INSURANCE COMPANY, AMERICAN ) | |
| FAMILY LIFE INSURANCE ) | |
| COMPANY, AMERICAN STANDARD ) | |
| INSURANCE COMPANY OF ) | |
| WISCONSIN, MIKE ROBBINS, and ) | |
| STEVE WILLAN ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Defendants, American Family Mutual Insurance Company ("AFMIC"), American Family Life Insurance Company ("AFLIC"), American Standard Insurance Company of Wisconsin ("ASICW), Mike Robbins, and Steve Willan (collectively "Defendants"), by counsel, hereby move this Court for leave to file a Surreply to Plaintiff's Reply in Support of His Motion to Remand to State Court. In support of the same, Defendants state as follows:

1. On July 9, 2014, Defendants filed their Notice of Removal moving this matter from state court to the federal court in the Southern District of Indiana. [Dkt. 1]. In Defendants Notice, they specifically noted, among other arguments, that diversity jurisdiction exists in this matter as Defendant Robbins was added as a sham defendant (and Willan is a citizen of Arizona). [Dkt. 1, ¶ 4].

2. On December 4, 2014, Plaintiff filed his Motion to Remand to State Court ("Plaintiff's Motion"). [Dkt. 23.] Plaintiff's Motion stated simply "There is not complete

diversity among the parties and no federal question is presented." [Dkt. 23, ¶ 7]. Plaintiff's Motion made no other argument as to why this case should be remanded.

3. On December 22, 2014, Defendants' filed their Response in Opposition to Plaintiff's Motion to Remand to State Court ("Defendants' Response"). [Dkt. 24]. In their Response, Defendants, in part, repeated that diversity jurisdiction exists as Robbins is a sham defendant (and Willan is a citizen of Arizona). [Dkt. 24. Pgs. 1-5].

4. On January 12, 2015, Plaintiff filed his Reply in Support of his Motion to Remand to State Court ("Plaintiff's Reply"). [Dkt. 30]. In his Reply, Plaintiff, for the first time, argued that Defendants Robbins and Willan are not sham defendants because (1) Plaintiff alleged in his Complaint that Robbins and Willan were acting outside the scope of their employment with AFMIC in the administration of the Performance Improvement Process; and (2) even if the court was to find that Robbins and Willan were acting within the scope of their duties for AFMIC, they interfered with Reis' contract with American Family Life Insurance Company ("AFLIC") and American Standard Insurance Company of Wisconsin ("ASICW"). [Dkt. 30].

5. Plaintiff has improperly submitted new argument for the first time in his Reply. It is well established that new argument cannot be submitted for the first time in a reply brief. *Boyer v. Canterbury Sch., Inc.*, No. 1:04-CV-367-TS, 2005 WL 2370232, at *3 (N.D. Ind. Sept. 27, 2005) *citing Wilson v. O'Leary,* 895 F.2d 378, 384 (7th Cir.1990); *Egert v. Conn. Gen. Life Ins. Co.,* 900 F.2d 1032, 1035 (7th Cir.1990).

6. Further, Plaintiff's Reply contains confusing and inaccurate argument regarding American Family Mutual Insurance Company's ("AFMIC") subsidiary corporations AFLIC and ASICW and the relationship between the parties.

WHEREFORE, Defendants respectfully move this Court for leave to file their Surreply, attached as Exhibit A, in order to address this newly submitted argument and theory. *Boyer v. Canterbury Sch., Inc.*, No. 1:04-CV-367-TS, 2005 WL 2370232, at *3 (N.D. Ind. Sept. 27, 2005) (noting that it is unfair to allow newly submitted argument on reply because it deprives the non-moving party of an opportunity to respond and that"[t]his unfairness would be remedied by allowing a surreply as requested by the Defendant.").

**FAEGRE BAKER DANIELS LLP**

  /s/Edward E. Hollis
Edward E. Hollis (#19402-49)
Sarah E. Caldwell (#29850-03)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46240
Phone   (317) 237-0300
Fax:     (317) 237-1000
E-mail: edward.hollis@faegrebd.com
           sarah.caldwell@faegrebd.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the CM/ECF system.

>Larry O. Wilder
>**ATTORNEY AT LAW**
>530 East Court Avenue
>Jeffersonville, IN 47130
>
>Mark R. Waterfill
>**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
>One American Square, Suite 2300
>Indianapolis, IN 46282
>mwaterfill@beneschlaw.com

>    /s/Edward E. Hollis
>Edward E. Hollis (#19402-49)
>300 N. Meridian Street, Suite 2700
>Indianapolis, IN 46240
>Phone: (317) 237-0300
>Fax:   (317) 237-1000
>E-mail: edward.hollis@faegrebd.com

-4-

US.55552158.01